IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CORBEL and ROXANNE HAATVEDT, individually and on behalf of a class of similarly-situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY ONCOLOGY OF CALIFORNIA, A MEDICAL CORPORATION; 21ST CENTURY ONCOLOGY HOLDINGS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant.<br>_____ / | No. C 16-02944 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION** |

     The Court is in receipt of defendants' motion for an extension to respond to plaintiffs' complaint until thirty days after a ruling on the motion to transfer. Defendants' deadline for responding to plaintiffs' complaint is on August 2, 2016. This motion should have been made sooner. Regardless of whether the case is transferred, defendants will eventually need to respond to plaintiffs' complaint. There will be no waste in beginning that work. Given that the deadline is in less than a week, however, this order grants an additional two weeks for defendants to respond to plaintiffs' complaint. It is unwarranted to postpone work that will

eventually need to be done. Defendants shall therefore respond to plaintiffs' complaint by **August 15, 2016.**

    **IT IS SO ORDERED.**

Dated: July 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE