UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CORBEL and ROXANNE HAATVEDT, etl. al.<br><br>Plaintiff(s),<br><br>v.<br><br>21ST CENTURY ONCOLOGY OF CALIFORNIA, et al.<br><br>Defendant(s). | Case No: 4:16-cv-02944-WHA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Casie D. Collignon, an active member in good standing of the bar of Supreme Court of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Matthew Pearson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Baker & Hostetler LLP<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202-2662 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Baker & Hostetler<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, California 90025 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>303.861.0600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>310.820.8800 |
| MY EMAIL ADDRESS OF RECORD:<br>ccollignon@bakerlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mpearson@bakerlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 35160.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 29, 2016

APPLICANT
Casie Collignon

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Casie D. Collignon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 5, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012

American LegalNet, Inc.
www.FormsWorkFlow.com