IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CORBEL and ROXANNE HAATVEDT, individually and on behalf of a class of similarly-situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>21ST CENTURY ONCOLOGY OF CALIFORNIA, A MEDICAL CORPORATION; 21ST CENTURY ONCOLOGY HOLDINGS, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/<br>AND RELATED CASE.<br>_____/ | No. C 16-02944 WHA<br><br>*Related Case:*<br><br>No. 16-03711WHA<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCES** |

Before the Court are motions to transfer two related class actions that arise out of an alleged data breach involving the database of defendant 21st Century Oncology Holdings. The Court will defer ruling on the transfer motions until resolution of the pending transfer petition before the Judicial Panel for Multidistrict Litigation pursuant to 28 U.S.C. § 1407.

The hearing on the motion to dismiss and the case management conference in *Corbel* (No. 16-2944) are **CONTINUED UNTIL NOVEMBER 3, 2016, AT 8:00 A.M.** The case management

conference in *Padilla* (No. 16-3711) is also **CONTINUED UNTIL NOVEMBER 3, 2016, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 15, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE